IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| DAVID R. ELLIOTT, JR. and<br>AUDREY ELLIOTT,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEWS TRANSPORTATION, LLC and<br>PAUL E. MOORE,<br><br>    Defendants.<br><br>and<br><br>UNION STANDARD INSURANCE GROUP,<br><br>    Intervenor. | NO. 4:13-CV-1<br>District Judge Mattice<br>Magistrate Judge Carter |

## AGREED ORDER

The parties are in agreement, as is evidenced by the signature hereto of their respective counsel, plaintiff David Elliott's motion to modify the scheduling order (Doc. 25) should be granted. Counsel for plaintiff, Blair Durham, and counsel for intervenor, Kara Phillips, have each authorized counsel for defendants, W. Bryan Brooks, to electronically sign their names to this order.

It is therefore ORDERED the Scheduling Order is modified as follows:

    (b)    **Expert Testimony:** By agreement of the parties, Plaintiff's and Intervenor shall disclose to all other parties any expert testimony in accordance with Fed. R. Civ. P. 26(a)(2) on or before **March 4, 2014**. Defendants shall disclose to all other parties any expert testimony in accordance Fed. R. Civ. P. 26(a)(2) on or before **May 5, 2014**.

If at any time it appears a Daubert hearing may be necessary to determine the admissibility of expert testimony, the parties shall notify the Court at their earliest convenience of the potential need for such a hearing.

(d) **All Discovery:** All discovery, including the taking of depositions "for evidence" shall be completed by **May 9, 2014**. After this date, the parties may conduct discovery by agreement, but the Court will not involve itself in any disputes that may arise.

Document 25, Plaintiff David Elliott's Motion to Modify the Scheduling Order, is hereby modified accordingly.

The hearing set for October 17, 2013, at 9:00 a.m., pursuant to Document 26, Notice of Hearing, is hereby cancelled.

**ENTER.**

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

*s/Blair Durham*
**BLAIR DURHAM**
Registration No. 021453
Aaron Woodard, Esquire
Registration No. 24807
Attorneys for Plaintiffs

**BART DURHAM INJURY & ACCIDENT LAW OFFICES**
1712 Parkway Towers
404 James Robertson Parkway
Nashville, TN 37219
(615) 242-9000
blairdurham@durhamanddread.com
awood37919@yahoo.com


*s/Kara E. Phillips*
**KARA E. PHILLIPS**
Registration No. 29633
Attorney for Intervenor Union Standard Insurance

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
1180 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30309
(404) 348-8576
kphillips@lbbslaw.com


*s/W. Bryan Brooks*
**W. BRYAN BROOKS**
Registration No. 7209
Attorney for Defendants

**BREWER KRAUSE BROOKS**
**CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787
bbrooks@bkblaw.com

SD Matthews Transpo Elliott Ord 131011     3

Case 4:13-cv-00001-HSM-WBC   Document 28   Filed 10/16/13   Page 3 of 4   PageID #: 133

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of October, 2013, a copy of the foregoing Agreed Order was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The parties to be served are as follows:

Blair Durham, Esquire
Registration No. 021453
Aaron Woodard, Esquire
Registration No. 24807
Attorneys for Plaintiffs
Bart Durham Injury & Accident Law Offices
1712 Parkway Towers
404 James Robertson Parkway
Nashville, TN 37219
(615) 242-9000
blairdurham@bartdurham.net
awood37919@yahoo.com

Kara E. Phillips, Esquire
Registration No. 29633
Attorney for Intervenor Union Standard Insurance
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30309
(404) 348-8576
kphillips@lbbslaw.com

                      *s/W. Bryan Brooks*
                      **W. BRYAN BROOKS**

WBB:kaa

SD Matthews Transpo Elliott Ord 131011    4

Case 4:13-cv-00001-HSM-WBC   Document 28   Filed 10/16/13   Page 4 of 4   PageID #: 134